UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ELLIOT PILTON,

               Plaintiff,                    Case No. 1:20-cv-524

v.                                   Honorable Paul L. Maloney

HEIDI WASHINGTON et al.,

               Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which the relief he seeks may be granted pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).


Dated:   July 7, 2020                 /s/  Paul L. Maloney
                                         Paul L. Maloney
                                       United States District Judge