UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLIOT PILTON #806822,

      Plaintiff,

                                      Hon. Paul L. Maloney

v.

                                      Case No. 1:20-cv-524

HEIDI WASHINGTON, et al.,

      Defendants.

_____/

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Elliot Pilton #806822 has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Motion for Reconsideration – ECF No. 20

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Elliot Pilton #806822 files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  September 15, 2020
ems

                                /s/ Ray Kent
                              RAY KENT
                              U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLIOT PILTON #806822,

      Plaintiff,

                                        Hon. Paul L. Maloney

v.

                                        Case No. 1:20-cv-524

HEIDI WASHINGTON, et al.,

      Defendants.

_____/

**SIGNATURE PAGE FOR:**

Motion for Reconsideration – ECF No. 20

      The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.